**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HIGHER EDUCATION COQUI LLC, | ) | |
| | ) | Civil Action No. 26-934-UNA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2U, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Before the Court is Plaintiff Higher Education Coqui LLC's ("Higher Ed") Motion for Expedited Discovery. The Court, having considered the motion, finds that Higher Ed has shown good cause to serve its discovery request, and therefore grants the motion and further grants Higher Ed's request that the Defendant respond to such requests within 21 days of the entry of this Order.


IT IS SO ORDERED.


Dated:_____                    _____
                                             District Court Judge